JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARDELL COWART, | ) | Case No. CV 15-0006 DSF (JCG) |
|     Petitioner, | ) | **JUDGMENT** |
|     v. | ) | |
| STU SHERMAN, | ) | |
|     Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

DATED: 01/13/15

*Dale S. Fischer*

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE